UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JASSON OVIDIO ZALDIVAR GUZMAN,

    *Petitioner*,

v.                               Case No. 5:26-CV-0696-JKP

SYLVESTER ORTEGA, et al.,

    *Respondents*.

## ORDER EXPEDITING RESPONSE

    Before the Court is a First Amended Petition for Writ of Habeas Corpus (ECF No. 6). This Amended Petition entirely supersedes the original. Federal Respondents are **ORDERED** to file a response to the First Amended Petition for Writ of Habeas Corpus **no later than February 20, 2026, at 1:00 p.m**. This Order does not restrict Respondents from filing an abbreviated response should they deem such response appropriate considering the detention issues raised. Any such abbreviated response should identify similar cases resolved in the Western District of Texas and indicate that there are no material factual or legal differences between this case and those cases. Such an abbreviated response will preserve the legal arguments previously made by the Federal Respondents in the cases they identify. Petitioner shall have seven days from the date a response is filed to file any reply.

    IT IS SO ORDERED this 13th day of February 2026.

                                                    _____
                                                    JASON PULLIAM
                                                    UNITED STATES DISTRICT JUDGE